<pre>
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
 7                          EASTERN DISTRICT OF CALIFORNIA
 8
 9   LISA MALLORY,                    )    Case No. 1:19-cv-01295-EPG
                                      )
10              Plaintiff,            )    STIPULATION AND ORDER FOR
                                      )    EXTENSION OF TIME
11        vs.                         )
                                      )
12   ANDREW SAUL, [1]                 )
     Commissioner of Social Security, )
13                                    )
                                      )
14              Defendant.            )
</pre>

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 02/21/2020 to 03/22/2020, for Plaintiff to serve defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to address the issues thoroughly in her confidential letter brief for the Defendant's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: February 20, 2020                PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: February 20, 2020        MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


By:  */s/ Margaret Branick-Abilla*
     Margaret Branick-Abilla
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 02/20/2020)


## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Plaintiff's letter brief shall be served no later than March 22, 2020; all other deadlines in the current scheduling order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 25, 2020**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE