**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lisa Mallory,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-01295-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/25/2020 to 7/27/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time, and first extension for this task. Good cause exists for this request. In Plaintiff's second request, it was explained that due to the pandemic Plaintiff's Counsel was operating with limited staff.  As time went on, it became clear that the pandemic and shelter in place orders would continue.  Counsel's office made arrangements to manage the case load with fewer staff in the office. However, given the ongoing health and safety measures recommended by the CDC and the number of weeks this has gone on, Counsel is

1

experiencing extraordinary delays and backlogs with both the administrative and civil court work. As a result, Plaintiff's Counsel requires additional time to brief this matter.

     Additionally, the week of 6/15/2020, Plaintiff's Counsel has 18 administrative hearings and , 9 hearing preparation appointments with claimants, 2 letter briefs, 1 motion for summary judgement and 24 hearings the week of 6/22/2020.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated: June 15, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                                      By: */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA
                                          Attorneys for Plaintiff

Dated: June 15, 2020         MCGREGOR W. SCOTT
                                      United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                    By:  */s/Margaret Branick-Abilla*
                                          Margaret Branick-Abilla
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on June 15, 2020)

**ORDER**

Pursuant to stipulation, (ECF No. 17), and finding good cause, the Court GRANTS the parties' Stipulation for an Extension of Time. Plaintiff shall file her opening brief no later than July 27, 2020.
IT IS SO ORDERED.

Dated:   **June 15, 2020**                             /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

3